

# Fourth Court of Appeals
## San Antonio, Texas

Thursday, March 26, 2015

No. 04-11-00771-CR

Rene Daniel **VILLARREAL**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Zapata County, Texas
Trial Court No. 2111
Honorable Mark R. Luitjen, Judge Presiding

# O R D E R

The Appellant's Motion to Reconsider Request for Oral Argument is DENIED.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2015.

_____
Keith E. Hottle
Clerk of Court